UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Caitlin Normington, and
Charles Carpenter Bailey

     *Plaintiffs*,

v.

William Francis Galvin, in his official capacity as
Secretary of the Commonwealth of Massachusetts,

Kathleen Spofford, in her official capacity as
Town Clerk for the Town of Townsend, Mass.,

Joyce Green, in her official capacity as
Town Clerk for the Town of Hubbardston, Mass.,

     *Defendants*.

Civ. Action No.: 1:18-cv-11676

## **STIPULATION FOR INTERIM RELIEF**

The Secretary of the Commonwealth and the Plaintiffs, in an effort to avoid the need for preliminary injunctive relief and in light of the imminent election dates, hereby jointly stipulate as follows:

1. The Plaintiffs filed a Complaint challenging Section 65 of Chapter 54 of the Massachusetts General Laws (the "Statute") and related regulations, including 950 CMR 54.04(22)(c) (the "Regulation") as they purport to prohibit voters from wearing certain buttons and/or apparel in the polling place when voting;

2. Although Plaintiffs primarily challenge the constitutionality of the statute and regulations, they have named as Defendants Town Clerks who administer elections at the polling places where Plaintiffs will vote;

3. The primary election is scheduled to occur on September 4, 2018, and the general election is scheduled to occur on November 6, 2018;

4. Plaintiffs wish to have certain of their First Amendment rights declared in advance of the elections in order to reduce the alleged chilling effect created by the Statute and Regulation. Accordingly, the parties have discussed certain measures that would permit the Plaintiffs interim relief while allowing the parties to analyze and address Plaintiffs' claims in due course absent the time-pressure that would otherwise be caused by the impending election deadlines;

5. Plaintiffs do not wish to create unnecessary obstacles to the orderly administration of the election by the Secretary of the Commonwealth, Town Clerks, or related election officials. Plaintiffs do, however, wish to exercise their First Amendments rights to passive expression without fear of government reprisal; and accordingly

6. The Commonwealth and Plaintiffs hereby stipulate that, pending the opportunity to address Plaintiffs' claims and the legal issues arising from the Supreme Court's decision in *Minnesota Voters' Alliance v. Mansky*, 138 S. Ct. 1876, decided on June 15, 2018 as it may impact Massachusetts law, Plaintiffs may, while voting in the 2018 primary and general elections in Massachusetts, wear any button that does not constitute "campaign material" pertaining to a candidate or question on the ballot for the election (either primary or general); and Plaintiffs may provide a copy of this stipulation to any official who attempts to prohibit Plaintiffs from wearing such buttons.

| | |
|---|---|
| **WEBSTER SZANYI LLP**<br>Attorneys for the Plaintiffs<br><br>By: */s/ Jeremy A. Colby*<br><br>Jeremy A. Colby<br>BBO No. 645358<br>1400 Liberty Building<br>Buffalo, New York 14202<br>(716) 842-2800<br><br>Dennis Murphy<br>BBO No. 645168<br>6 Beacon Street, Suite 600<br>Boston, Massachusetts 02108<br>(781) 588-7881 | **MAURA HEALEY**<br>**ATTORNEY GENERAL**<br><br>Attorney for Defendant William Francis Galvin, in his official capacity as Secretary of the Commonwealth of Massachusetts<br><br>By:   /s/ Juliana deHaan Rice<br><br>Juliana deHaan Rice (BBO No. 564918)<br>Andrew Haile (BBO No. 694182)<br>Assistant Attorneys General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>(617) 963-2583 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2018, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

**WEBSTER SZANYI LLP**
Attorneys for Plaintiffs
Caitlin Normington and Charles Carpenter Bailey


By: */s/ Jeremy A. Colby*
Jeremy A. Colby
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
jcolby@websterszanyi.com