UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAITLIN NORMINGTON and<br>CHARLES CARPENTER BAILEY,<br><br>                    Plaintiffs,<br><br>               v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts; KATHLEEN SPOFFORD, in her official capacity as Town Clerk for the Town of Townsend, Mass.; JOYCE GREEN, in her official capacity as Town Clerk for the Town of Hubbardston, Mass.,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 1:18-CV-11676-NMG |

## **ANSWER of WILLIAM FRANCIS GALVIN**

Now comes the Defendant William Francis Galvin, as Secretary of the Commonwealth of Massachusetts (Secretary), and makes the following answer to the Second Amended Complaint:

1. The allegations contained in the first sentence of this paragraph are characterizations of the complaint that do not require a response from the Secretary. The allegations contained in the second sentence of this paragraph are conclusions of law that do not require a response from the Secretary.

2. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

3. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

4. The allegations contained in this paragraph are characterizations of the complaint that do not require a response from the Secretary.

5. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

6. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.  Further answering, the Secretary states that the plaintiffs did not seek preliminary injunctive relief before the September 4, 2018, primary.

7. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

8. The allegations contained in this paragraph are characterizations of the complaint that do not require a response from the Secretary.

## **JURISDICTION AND VENUE**

9. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

10. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

11. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

12. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

## **PLAINTIFFS**

13. The Secretary admits only that a Caitlin Normington is registered to vote at 532 Main Street, Townsend, Massachusetts, and that Townsend is located in Middlesex County. The Secretary lacks knowledge sufficient to enable him to admit or deny the remaining allegations contained in this paragraph.

14. The Secretary admits only that a Caitlin Normington is registered to vote and enrolled in the Democratic party. The Secretary lacks knowledge sufficient to enable him to admit or deny the remaining allegations contained in the first, second, and third sentence of this paragraph. The allegations contained in the fourth sentence of this paragraph are conclusions of law that do not require a response from the Secretary.

15. The Secretary admits only that a Charles Carpenter Bailey is registered to vote at 91 Gardner Road, Hubbardston, Massachusetts, and that Hubbardston is located in Worcester County. The Secretary lacks knowledge sufficient to enable him to admit or deny the remaining allegations contained in this paragraph.

16. The Secretary admits only that a Charles Carpenter Bailey is registered to vote and enrolled in the Republican party. The Secretary lacks knowledge sufficient to enable him to admit or deny the remaining allegations contained in the first, second, and third sentence of this paragraph. The allegations contained in the fourth sentence of this paragraph are conclusions of law that do not require a response from the Secretary.

17. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in this paragraph.

18. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

**DEFENDANTS**

19. The Secretary admits the allegations contained in the first and third sentences of this paragraph. The allegations contained in the second sentence of this paragraph are characterizations of the complaint that do not require a response from the Secretary.

20. The Secretary admits only that Kathleen Spofford is the local election official for the Town of Townsend, Massachusetts, and that her official address in that capacity is 272 Main Street, Lower Level, Townsend, Massachusetts, 01469. The Secretary lacks knowledge sufficient to enable him to admit or deny the remaining allegations contained in the first sentence of this paragraph. The remaining allegations contained in the second sentence of this paragraph are characterizations of the complaint that do not require a response from the Secretary.

21. The Secretary admits only that Joyce Green is the local election official for the Town of Hubbardston, Massachusetts, and that her official address in that capacity is 7 Main Street, Unit 12, Hubbardston, Massachusetts 01452. The Secretary lacks knowledge sufficient to enable him to admit or deny the remaining allegations contained in the first sentence of this paragraph. The remaining allegations contained in the second sentence of this paragraph are characterizations of the complaint that do not require a response from the Secretary.

## **THE FIRST AMENDMENT**

22. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

23. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

24. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

25. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

26. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

27. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

## MASSACHUSETTS LAW

28. The allegations contained in the first and third sentences of this paragraph are conclusions of law that do not require a response from the Secretary. The Secretary denies the allegations contained in the second sentence of this paragraph.

29. The Secretary denies the allegations contained in this paragraph.

## FACTS

30. The Secretary admits that a Caitlin Normington and a Charles Carpenter Bailey are registered voters in Massachusetts. The Secretary lacks knowledge sufficient to enable him to admit or deny the remaining allegations contained in this paragraph.

31. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in this paragraph.

32. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in this paragraph.

33. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in this paragraph.

34. The Secretary admits the allegations contained in this paragraph.

35. The Secretary admits the allegations contained in this paragraph.

36. The allegations contained in this paragraph are conclusions of law that do not require a response from the Secretary.

37. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in this paragraph.

38. The Secretary admits that he and the plaintiffs entered into a Stipulation for Interim Relief that speaks for itself.  The Secretary lacks knowledge sufficient to enable him to admit or deny the remaining allegations contained in this paragraph.

**COUNT I**
**(42 U.S.C. § 1983)**

39. The Secretary incorporates herein his responses to all previous paragraphs of the complaint.

40. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in this paragraph.

41. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in the first and second sentences of this paragraph.  The allegations contained in the third sentence of this paragraph are arguments that do not require a response from the Secretary.

42. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

43. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

44. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

45. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

46. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

## COUNT II
**(42 U.S.C. § 1983)**

47. The Secretary incorporates herein his responses to all previous paragraphs of the complaint.

48. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in this paragraph.

49. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in the first and second sentences of this paragraph. The allegations contained in the third sentence of this paragraph are arguments that do not require a response from the Secretary.

50. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

51. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

52. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

53. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

54. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

## COUNT III
### (Declaratory Judgment)

55. The Secretary incorporates herein his responses to all previous paragraphs of the complaint.

56. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

57. The allegations contained in this paragraph are characterizations of the complaint that do not require a response from the Secretary.

58. The allegations contained in this paragraph are characterizations of the complaint that do not require a response from the Secretary.

59. The allegations contained in this paragraph are characterizations of the complaint that do not require a response from the Secretary.

## COUNT IV
### (As Applied Challenge by Caitlin Normington)

60. The Secretary incorporates herein his responses to all previous paragraphs of the complaint.

61. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in this paragraph.

62. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in this paragraph.

63. The allegations contained in this paragraph are legal conclusions that do not require a response from the Secretary.

64. The Secretary lacks knowledge sufficient to enable him to admit or deny the allegations contained in this paragraph.  To the extent this paragraph alleges legal conclusions, those do not require a response from the Secretary.

## PRAYERS FOR RELIEF

The Secretary denies that the plaintiffs are entitled to any of the relief sought.

## AFFIRMATIVE DEFENSES

1. There is no actual controversy between the Secretary and the plaintiffs.

2. The plaintiffs fail to state a claim upon which relief can be granted.

3. Any claims for damages are barred by the 11th Amendment to the United States Constitution.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

*s/Juliana deHaan Rice*
Juliana deHaan Rice, BBO No. 564918
Andrew Haile, BBO No. 694182
Assistant Attorneys General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2583
juliana.rice@state.ma.us

Date:  October 19, 2018

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on October 19, 2018.

*/s/ Juliana deHaan Rice*
Juliana deHaan Rice
Assistant Attorney General