UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

Caitlin Normington, and
Charles Carpenter Bailey

                                                            Civ. Action No.: 1:18-cv-11676

                       *Plaintiffs*,

     -against-

William Francis Galvin, in his official capacity as
Secretary of the Commonwealth of Massachusetts,

Kathleen Spofford, in her official capacity as
Town Clerk for the Town of Townsend, Mass.,

Joyce Green, in her official capacity as
Town Clerk for the Town of Hubbardston, Mass.,

                              *Defendants*.

---

## NOTICE OF MOTION

| | |
|---|---|
| **NATURE OF ACTION:** | Civil Rights. |
| **MOVING PARTY:** | Plaintiffs. |
| **DIRECTED TO:** | The Court. |
| **DATE AND TIME:** | At a date to be determined by the Court. |
| **PLACE:** | Hon. Nathaniel M. Gorton, United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Court House Way, Suite 2300, Boston, MA 02210. |
| **SUPPORTING PAPERS:** | Declaration of Jeremy A. Colby. |
| **ANSWERING PAPERS:** | Answering papers and any notice of cross-motion, with supporting papers, if any, are required to be served at least fourteen (14) days from the service of this motion pursuant to Local Rule 7(b)(2)(B) unless the Court |

*Treated as a motion to reopen and motion allowed.*

*/s/ NMGorton, USDJ  7/9/19*