UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Caitlin Normington, and
Charles Carpenter Bailey

                *Plaintiffs*,

      -against-

William Francis Galvin, in his official capacity as
Secretary of the Commonwealth of Massachusetts,

Kathleen Spofford, in her official capacity as
Town Clerk for the Town of Townsend, Mass.,

Joyce Green, in her official capacity as
Town Clerk for the Town of Hubbardston, Mass.,

                *Defendants*.
_____

Civ. Action No.: 1:18-cv-11676

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Caitlin Normington and Charles Carpenter Bailey hereby voluntarily dismiss the above-captioned action (the "Action") with prejudice. As this Stipulation is signed by counsel for all parties to the Action, dismissal is effective upon the filing of this Stipulation.

Dated:  August 6, 2019

| | |
|---|---|
| **WEBSTER SZANYI LLP** <br> Attorneys for the Plaintiffs <br><br> By:  /s/ Jeremy A. Colby <br><br> Jeremy A. Colby <br> BBO No. 645358 <br> 1400 Liberty Building <br> Buffalo, New York 14202 <br> (716) 842-2800 <br><br> Dennis Murphy <br> BBO No. 645168 <br> 6 Beacon Street, Suite 600 <br> Boston, Massachusetts 02108 <br> (781) 588-7881 | **MAURA HEALEY** <br> **ATTORNEY GENERAL** <br> Attorney for Defendant William Francis Galvin, in his official capacity as Secretary of the Commonwealth of Massachusetts <br><br> By:  /s/ Andrew J. Haile <br><br> Andrew J. Haile (BBO No. 694182) <br> Assistant Attorneys General <br> Office of the Attorney General <br> One Ashburton Place <br> Boston, Massachusetts 02108 <br> (617) 963-2583 |

**KP LAW, P.C.**
Attorney for Kathleen Spofford, in her official capacity as
Town Clerk for the Town of Townsend, Mass. and
Joyce Green, in her official capacity as Town Clerk
for the Town of Hubbardston, Mass.,


By:  /s/ Deborah I. Ecker

Deborah I. Ecker (BBO No. 554623)
   Town Counsel
101 Arch Street
Boston, Massachusetts 02110
(617) 963-2583

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Caitlin Normington,  and
Charles Carpenter Bailey

                                              Civ. Action No.: 1:18-cv-11676

                *Plaintiffs*,

      -against-

William Francis Galvin, in his official capacity as
Secretary of the Commonwealth of Massachusetts,

Kathleen Spofford, in her official capacity as
Town Clerk for the Town of Townsend, Mass.,

Joyce Green, in her official capacity as
Town Clerk for the Town of Hubbardston, Mass.,

                *Defendants*.
_____

## CERTIFICATE OF SERVICE

     I hereby certify that on August 6, 2019 and with consent to electronically sign by opposing counsel, I electronically filed the Stipulation of Voluntary Dismissal in regard to the preceding Notice of Motion to Re-Open with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

                              Maura Healey
                            Attorney General
                            Andrew J. Haile
                         Assistant Attorney General
               *Attorneys for William Francis Galvin,*
               *In his official capacity as Secretary*
            *Of the Commonwealth of Massachusetts*
                        Government Bureau
                       One Ashburton Place
                 Boston, Massachusetts 02108
                         (617) 963-2583
                   andrew.haile@state.ma.us

*Deborah I. Ecker*
*KP Law, P.C.*
*Attorneys for Kathleen Spofford,*
*In her official capacity as Town Clerk*
*For the Town of Townsend, Mass. And*
*Joyce Green, in her official capacity as*
*Town Clerk for the Town of Hubbardston, Mass.*
101 Arch Street
Boston, Massachusetts 02110
(617) 556-0007
decker@k-plaw.com

Dated:       August 6, 2019

### WEBSTER SZANYI LLP

Attorneys for Plaintiffs

By:       /s/ Jeremy A. Colby
Jeremy A. Colby
BBO No. 645358
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
jcolby@websterszanyi.com

Dennis Murphy
BBO No. 645168
6 Beacon Street, Suite 600
Boston, Massachusetts 02108
dgusmurphy@gmail.com

4